UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRIAN WAYNE POOLE,

    Movant,

v.

                                                         Case No. 1:16-cv-565

UNITED STATES OF AMERICA,          HON. PAUL L. MALONEY

    Respondent.
_____/

## JUDGMENT

In accordance with the order entered on this date:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant is no longer in custody.

Dated:    March 10, 2017           /s/ Paul L. Maloney
                                                     PAUL L. MALONEY
                                                     UNITED STATES DISTRICT JUDGE